UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-80085-CR-CANNON

**UNITED STATES OF AMERICA,**

v.

**JOSE LUIS GARCIA-GARCIA,**
     **Defendant.**
_____/

## GOVERNMENT'S UNOPPOSED MOTION FOR DOWNWARD VARIANCE

The United States of America, by and through the undersigned attorney, hereby respectfully moves for a downward variance from defendant Jose Luis GARCIA-GARCIA's guidelines range based upon the factors set forth in Title 18, United States Code, Section 3553. The government believes that the defendant should be sentenced as recommended below, for the reasons stated herein.

## BACKGROUND

The defendant was arrested in February 2021 for illegal re-entry after deportation, following his arrest for a violation of probation from a 2010 conviction for Attempt[ed] Trafficking in Cocaine in state court. On February 23, 2021, GARCIA-GARCIA was released on a personal surety bond in this illegal re-entry case, and ultimately, was not arraigned until June 2, 2021.

Prior to the defendant's arraignment, the government provided discovery to the defense on February 18, 2021, and the parties calculated GARCIA-GARCIA's guidelines range as follows: a total offense level of 6 with a Criminal History Category of I, resulting in range of 0 to 6 months. At the time the government calculated the defendant's potential

1

sentence, the government was unaware of the defendant's statement referred to in the Pre-Sentence Investigation Report (DE 22) at paragraph 6.

Also prior to the defendant's arraignment, on May 3, 2021, GARCIA-GARCIA appeared in state court, admitted his violation of probation, and was sentenced to 364 days. *See* PSR ¶ 28. The defendant, who was not in custody, was ordered to surrender to serve his sentence on June 3, 2021.

Given the defendant's state sentence and the sentencing range as calculated, the government offered a plea with a recommended sentence at the low end of the guidelines range of 0 to 6 months. The defense agreed, and prior to surrendering for his state sentence, the defendant appeared for arraignment in this case and agreed to the filing of the Information (DE 14). Counsel then contacted the Court for a plea and sentencing date.

Law enforcement subsequently provided the defendant's recorded statement referred to in PSR ¶ 6. The government provided the statement to the defense roughly four months after initially providing discovery, and after the parties had agreed to both the guidelines range and the sentencing recommendation. In the statement, the defendant admitted that he re-entered the United States in 2013, and as a result, the probation officer correctly calculated the defendant's guidelines range at 10 to 16 months. *See* PSR ¶ 40.

## **SENTENCING RECOMMENDATION**

Pursuant to Title 18, United States Code, Section 3553(a)(2)(A), the government should recommend a sentence that promotes respect for the law. The government agreed to recommend a sentence and as a result, the undersigned stands by that

recommendation. Given the prior negotiations, discussions, and agreement with the defense, the government now moves for a downward variance from the correctly calculated guidelines range of 10 to 16 months and recommends a sentence at the low end of 0 to 6 months. The government further notes the age of the defendant's prior 2010 state conviction, the sentence the defendant received as a result of his probation violation, and the fact that the defendant has complied with all conditions of bond, both at the federal and state proceedings. The government will articulate the basis of this motion in further detail at the sentencing hearing.

The undersigned has conferred with Caroline McCrae, counsel for the defendant, who has no objection to this motion.

## **CONCLUSION**

Wherefore, the government respectfully requests that the Court vary downward and sentence defendant GARCIA-GARICA to a period of incarceration below his guidelines range.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By:  *s/Susan Osborne*
SUSAN OSBORNE
Assistant United States Attorney
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
(561) 209-1003

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I caused a true and correct copy of the foregoing to be filed using CM/ECF on July 20, 2021.

*s/Susan Osborne*
Assistant United States Attorney
